IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CASTLEWOOD NB, LLC A TEXAS LLC § <br> D/B/A GRUENEWOOD VILLA § <br> APARTMENTS AND JOEL NEWMAN § <br> § <br> V. § <br> § <br> § <br> PELEUS INSURANCE COMPANY AND § <br> STEPHEN KLINK II § | CIVIL ACTION NO. 5:17-CV-01159-OLG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiffs, Castlewood NB, LLC a Texas LLC D/B/A Gruenewood Villa Apartments and Joel Newman, and Defendants, Peleus Insurance Company and Stephen Klink II, file this Stipulation of Dismissal.  Plaintiffs voluntarily dismiss with prejudice all claims by Plaintiffs against Defendants in this matter, and Defendants agree to the dismissal.  Plaintiffs and Defendants further stipulate that all costs will be borne by the party incurring same.  The parties respectfully request that the Court dismiss this case with prejudice.

Respectfully submitted,

BY:_____/s/ Jake Rogiers_____
ROBERT A. POLLOM
State Bar No. 24041703
JAKE ROGIERS
State Bar No. 24069066
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas  78232
Telephone:     (210) 490-7402
Telefacsimile:  (210) 490-8372

ATTORNEYS FOR PLAINTIFFS

- *and* -

/s/ James W. Holbrook, III
JAMES W. HOLBROOK, III
State Bar No. 24032426
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile:  (214) 760-8994

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure to:

James W. Holbrook, III
State Bar No. 24032426
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile:  (214) 760-8994

on this the __24th__ day of May, 2018.

/s/ Jake Rogiers
JAKE ROGIERS