IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CASTLEWOOD NB, LLC A TEXAS LLC D/B/A GRUENEWOOD VILLA APARTMENTS AND JOEL NEWMAN § § § § V. § § § PELEUS INSURANCE COMPANY AND § STEPHEN KLINK II § § | CIVIL ACTION NO. 5:17-CV-01159-OLG |

FILED
MAY 29 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the parties' Joint Stipulation of Dismissal in the above-captioned case. In accordance with the Federal Rules of Civil ProcedureS, it is hereby **ORDERED** that all of Plaintiffs' claims in this case are **DISMISSED WITH P REJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions in this case are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all costs of court and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

SIGNED this 29 day of May, 2018

_____
UNITED STATES DISTRICT JUDGE